ALFRED H. ELLIS, ADMINISTRATOR, ETC., RESPONDENT, v. PENNSYLVANIA RAILROAD COMPANY, APPELLANT.

Argued November 22, 1917—Decided November 22, 1917.

On appeal from the Supreme Court, whose opinion is reported in 90 *N. J. L.* 349.

For the respondent, *Warren Dixon.*

For the appellant, *Vredenburgh, Wall & Carey.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Garrison in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, MINTURN, KALISCH, BLACK, HEPPENHEIMER, WILLIAMS, JJ. 9.

*For reversal*—None.